## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Dustin Gene Dunn, | ) | Case No. 1:21-cr-231 |
| | ) | |
| Defendant. | ) | |

On March 28, 2022, the court released defendant subject to a number of conditions pending trial.  (Doc. No. 88).  It is the court's understanding that, following his release, defendant resided with his mother.

Defendant violated a number of his release conditions within day of being release. (Doc. No. 107).  Consequently, on April 27, 2022, the court revoked his pretrial release and ordered him detained pending further order. (Doc. Nos. 112, 114-116).

On June 30, 2022, the court issued an order conditionally releasing defendant a second time, this time to an inpatient treatment program at the Silver Creek Recovery Center ("Silver Creek") in Watford City, North Dakota.  (Doc. No. 127).

On August 1, 2022, defendant filed a motion requesting the court to modify his release conditions to allow him reside with his mother upon his discharge from Silver Creek so that he can participate in an aftercare program.  (Doc. No. 138).  He anticipates that he will be discharged from Silver Creek on August 3, 2022.

The court, in consultation with the Pretrial Services Office, is not inclined to approve defendant's proposed living arrangements given the issues that arose the last time he was allowed

to return to and reside at his mother's residence. The court appreciates that defendant has participated in treatment. Nevertheless, given what previously transpired when released to his mother's residence, the court is not persuaded that his mother's residence can provide the supervision and structure that defendant requires.  For this reason, the court **DENIES** defendant's motion (Doc. No. 138).  Defendant shall to report to the United States Marshal's office in Bismarck immediate upon his discharge from Silver Creek with the understanding that he shall be detained pending further order.

**IT IS SO ORDERED.**

Dated this 1st day of August, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court